UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES PAGUAY, BERNARDO TIZAMITL, and JOSE MANUEL NEPONUCEMO,

                Plaintiffs,

-v.-

HANBAT RESTAURANT, INC. (d/b/a HANBAT) and NACK GYEUN MUN,

                Defendants.

21 Civ. 3916 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On October 15, 2021, the Court was informed that the parties have reached an agreement on all issues in this case. (Dkt. #13). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before November 18, 2021, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

    SO ORDERED.

Dated:    October 18, 2021
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge