# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 8, 2021

**Via ECF**

Honorable Katherine Polk Failla, U.S.D.J.  
United States District Court for the Southern District of New York  
Thurgood Marshall  
40 Foley Square  
New York, NY 10007



Re: <u>Paguay et al v. Hanbat Restaurant, Inc. et al, 1:21-cv-03916-KPF</u>

Your Honor:

    This firm represents Plaintiffs in the above-referenced action. I write pursuant to the Court's Order dated November 19, 2021, by which the parties were instructed to file a settlement agreement and related documents by tomorrow, December 9, 2021 (ECF Doc. No. 17). Plaintiffs respectfully request a 2-week extension to file the settlement materials with the court. This is the second request of this kind. Defendants consent to this extension.

    Today, the parties finally reached an agreement on all matters and are in the process of drafting a settlement agreement. Plaintiffs are hopeful we can finalize the aforementioned documents within the next two weeks and therefore respectfully request additional time to submit the settlement materials.

We thank the Court for its continued time and attention to this matter.

                                                                             Respectfully Submitted,  
                                                                              <u>/s/ Catalina Sojo</u>  
                                                                              Catalina Sojo, Esq.

cc:       Defendants' Counsel (via ECF)

Application GRANTED.  Despite the delayed filing of this letter, the Court extends *nunc pro tunc* the parties' deadline to file their *Cheeks* briefing until December 23, 2021.

The Clerk of Court is directed to terminate the pending motion at docket entry 19.

Date:     December 14, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE